CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 0 1 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

EAST TENNESSEE NATURAL GAS CO., )
)
Plaintiff )
) Case No. 4:02cv00138
v. )
)
3.18 ACRES IN PATRICK COUNTY, )
VIRGINIA, ET AL, )
)
Defendants )

## JUDGMENT

This matter was heard before the Honorable Judge Jackson L. Kiser and a jury of 6 persons duly qualified and sworn upon their oath on July 11th, July 12th and July 13th, 2005 in the United States District Court for the Western District of Virginia. The jury members were Nancy Gosney, Teresa Haskins-Snow, Doris Phelps, Rita Saunders, Pansey Stitely, and Minnie Vaden. After a full hearing upon the merits of this case and deliberations by the jury, the jury returned a verdict in favor of the Defendants in the total amount of $87,530.00.

Defendant Rose Howell previously settled with the Plaintiff. Accordingly, judgment is entered against Plaintiff in favor of Ralph Howell in the amount of $21,882.50, plus interest at the t-bill rate and in favor of Mabel Fulcher in the amount of $43,765.00, plus interest at the t-bill rate, which is reflective of their ownership interests in the property.

The Court Clerk shall issue a check made payable to Joseph Waldo, as attorney for Ralph Howell and Mabel Fulcher in the amount of $13,100 plus interest accrued. Plaintiff shall pay Defendants Ralph Howell and Mabel Fulcher the remaining monies.

1129240.1

IT IS SO ORDERED.

Entered this 1st day of August, 2005.

_Jackson L. Kiser_
Jackson L. Kiser, Judge

Submitted for entry:

_Lela Hollabaugh_
Lela M. Hollabaugh
TN B.P.R. # 14894
Michael S. Mizell
TN B.P.R. #18812
WALLER LANSDEN DORTCH
& DAVIS, PLLC
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-8966
Telephone: (615) 244-6380
Facsimile: (615) 244-6804


Daniel S. Brown
VSB # 3327
Woods Rogers & Hazlegrove
10 S. Jefferson Street, Ste. 1400
Roanoke, VA 24038
Counsel for Plaintiffs


Seen and Agreed To:

_Jeremy P. Hopkins_
Joseph T. Waldo
VSB #17738
Jeremy P. Hopkins
VSB #48394
Waldo & Lyle, P.C.
301 W. Freemason Street
Norfolk, VA 23510
Telephone: (757) 622-5812
Facsimile: (757) 622-5815
Counsel for Defendants